**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 25-6148**

JUSTIN ANTONIO HAWKINS,

Plaintiff - Appellant,

v.

ROBERT FOUNTAIN; FRED ROBERTSON; WOODROW DAVID YANCEY; JOSH CLAYTON; SERGEANT HUMPHRIES; DEPUTY DAYE; OFFICER TAYLOR; OFFICER MANGUM; OFFICER ANDRE; SOUTHERN HEALTH PARTNERS; NURSE KIM DOE; NATASHA DOE; LETECIA DOE; JANET DOE; DEION DOE; GRANVILLE COUNTY MEDICAL CENTER; SAMANTHA BULL GORDON; JANE & JOHN DOES; WAYNE COUNTY DETENTION CENTER; CAPT. JOHN DOE; SGT. CASEY; SGT. SHEAR; CPL. ROBERTS; OFFICER SMITH; OFFICER WILLIAMS; OFFICER CHRISTIE; OFFICER EASY; DOE WATSON; NURSE WHITFIELD; JENNIFER DOE; GRANVILLE COUNTY COURTHOUSE; JOHN DOE SURETY COMPANY; SERGEANT WALTON; SHERIFF JOHN DOE; MAJOR MOZINGO; GRANVILLE COUNTY; GRANVILLE COUNTY PARAMEDICS; GRANVILLE COUNTY MEDICAL CENTER P.A. SAMANTHA BULL GORDON; SERGEANT GREEN; CPL. ESTES; OFFICER LONG; ARAMARK; SH PARTNERS,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:24-ct-03048-FL)

Submitted: October 30, 2025                    Decided: November 4, 2025

Before RUSHING and BENJAMIN, Circuit Judges, and KEENAN, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

———————————

Justin Antonio Hawkins, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Justin Antonio Hawkins appeals the district court's order dismissing his amended 42 U.S.C. § 1983 complaint without prejudice under 28 U.S.C. § 1915(e)(2)(B) and Fed. R. Civ. P 41(b). We have reviewed the record and discern no reversible error. Accordingly, we affirm the district court's orders. *Hawkins v. Fountain*, No. 5:24-ct-03048-FL (E.D.N.C. Feb. 21, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*